D.LAW, INC.
Emil Davtyan (SBN 299363)
emil@d.law
David Yeremian (SBN 226337)
d.yeremian@d.law
David Keledjian (SBN 309135)
d.keledjian@d.law
Kevin Burns (SBN 352713)
k.burns@d.law
880 E Broadway
Glendale, CA 91205
Telephone:  (818) 962-6465
Facsimile:   (818) 962-6469

Attorneys for Plaintiff FRANCISCO J. ZAMORA

James E. Hart, Bar No. 194168
jhart@littler.com
Alejandra Gallegos, Bar No. 340320
agallegos@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
Telephone: 949.705.3000
Fax No.: 949.724.1201

Attorneys for Defendants PROPAK LOGISTICS, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. ZAMORA, on behalf of himself and all others similarly situated, and the general public,<br><br>*Plaintiff*,<br><br>v.<br><br>PROPAK LOGISTICS, LLC, an Arkansas corporation; and DOES 1 through 50, inclusive,<br><br>*Defendants*. | Case No.: 2:23-cv-02534-JDP<br><br>[*Assigned to District Judge, Daniel J. Calabretta*]<br><br>**JOINT STIPULATION TO DISMISS PLAINTIFF'S CLASS CLAIMS WITHOUT PREJUDICE AND SET FURTHER CONFERENCE RE REMAINING INDIVIDUAL CLAIMS; AND ORDER**<br><br>Complaint Filed:  September 13, 2023<br>Removal Date:    November 2, 2023 |

Plaintiff FRANCISCO J. ZAMORA ("Plaintiff") and Defendant PROPAK LOGISTICS, LLC ("Defendant") (collectively, "Parties") submit the following Joint Stipulation to Dismiss Plaintiff's Class Claims without Prejudice.

WHEREAS, the Parties participated in mediation with mediator Brandon McKelvey on May 30, 2024 with related case, *Roberts v. Propak Logistics, LLC* U.S. District Court for the Eastern District of California, Case No. 2:24-cv-00008-DJC-JDP (removed from Tehama County Superior Court, Case No. 23CI-000324). A proposed settlement of the suits against Defendant was achieved subject to a formal, written agreement between the Parties .

WHEREAS, counsel for Zamora have been unable to locate Mr. Zamora to obtain consent to settle and dismiss the *Zamora* matter as part of the settlement of the suits.

WHEREAS, the allegations in the *Roberts* matter largely overlap the allegations in the *Zamora* matter, and the Parties are meeting and conferring on potentially settling the *Roberts* matter and dismissing the *Zamora* matter without prejudice.

WHEREAS, as part of the attempt to finalize the Memorandum of Understanding and draft a long-form settlement agreement, Defendant and counsel for Plaintiff agree that class claims for Plaintiff Zamora be dismissed without prejudice.

WHEREAS, Defendant and counsel for Plaintiff agree that, pursuant to the proposed agreement reached at the mediation, that the *Zamora* class claims will no longer be viable, and the class claims are no longer necessary to compensate the class(es) outlined in the *Zamora* Complaint.

WHEREAS, the Parties request this Court dismiss Plaintiff's class claims **without prejudice**, and the Court set an order to show cause or other hearing to set a procedure to determine the status of Zamora's continuing individual claims.

**DEFENDANT AND COUNSEL FOR PLAINTIFF DO HEREBY STIPULATE, SUBJECT TO THE COURT'S APPROVAL AND ORDER, AS FOLLOWS:**

The class action claims and allegations be dismissed without prejudice and the Court set a further conference to determine the remaining allegations of Plaintiff.

IT IS SO STIPULATED.

Dated: October 16, 2024           D.LAW, INC.


                                  /s/ *Kevin Burns*
                                  Emil Davtyan
                                  David Yeremian
                                  David Keledjian
                                  Kevin Burns
                                  Attorneys for Plaintiff
                                  FRANCISCO J. ZAMORA


Dated: October 16, 2024           LITTLER MENDELSON, P.C.


                                  /s/ *James E. Hart*
                                  James E. Hart
                                  Alejandra Gallegos
                                  Attorney for Defendant
                                  PROPAK LOGISTICS, LLC

# ORDER

Having received and considered the stipulation between Defendant and attorneys for Plaintiff in *Zamora v. Propak Logistics, LLC*, Case No.: 2:23-cv-02534-JDP, regarding dismissal of the putative class claims without prejudice and setting a further status conference to determine remaining individual allegations of Plaintiff, IT IS HEREBY ORDERED as follows:

1) The class action claims and allegations in the case are dismissed without prejudice;

2) Plaintiff shall file an amended Complaint deleting the class action claims and allegations within 10 court days of this Order;

3) Defendant's answer on file shall be deemed the answer to the amended complaint; and

4) The Court sets a further Status Conference on November 7, 2024 at 1:30 PM to determine procedures for the remaining individual allegations of Plaintiff.

IT IS SO ORDERED.

Dated: October 16, 2024                    /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE