# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. ZAMORA,<br>  Plaintiff,<br>  v.<br>PROPAK LOGISTICS, LLC,<br>  Defendant. | Case No.: 2:23-cv-02534-DJC-JDP<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO BE RELIEVED AS COUNSEL** |

    On April 4, 2025, Plaintiff's attorney, David Keledjian, filed a Motion to be Relieved as Counsel. (ECF No. 30). Defendant did not file an opposition. After review of Plaintiff's motion, absent opposition by Defendant and with good cause having been shown, the Court GRANTS Plaintiff's Motion to be Relieved as Counsel. (ECF No. 30). Counsel for Plaintiff shall serve a copy of this order on Francisco J. Zamora at his last known address and file a certificate of service to that effect forthwith. After such time that service is completed, all attorneys of record appearing for Plaintiff will be terminated.

    Further, the Court GRANTS Plaintiff thirty (30) days to obtain substitute counsel and for new counsel to file a notice of appearance in this matter consistent with E.D. Cal. L.R. 182(a). Plaintiff's failure to do so will result in the referral of this action to the

1
ORDER GRANTING PLAINTIFF'S MOTION TO BE RELIEVED AS COUNSEL

1 | assigned Magistrate Judge for all further proceedings.  *See* E.D. Cal. L.R. 302(c)(21).

2 | The hearing on Plaintiff's Motion to be Relieved as Counsel, set for May 15,
3 | 2025, is VACATED.

4 | IT IS SO ORDERED.

6 | Dated:  May 8, 2025     /s/ Daniel J. Calabretta
7 | THE HONORABLE DANIEL J. CALABRETTA
    UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION TO BE RELIEVED AS COUNSEL